**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                      :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    Case No. 08-13555 (JMP)
:
                    Debtors.                         :    (Jointly Administered)
-----------------------------------------------------------------x
JENEA L. WILLIAMS-PATE,                       :
:
            Plaintiff,                                  :
- against -                                              :    Adversary Proceeding
:    Case No. 12-01220 (JMP)
LEHMAN BROTHERS HOLDINGS INC.,       :
AURORA BANK FSB, and                           :
McCURDY & CANDLER, LLC,                     :
                    Defendants.                     :
-----------------------------------------------------------------x
JENEA L. WILLIAMS-PATE,                       :
:
            Plaintiff,                                  :
- against -                                              :    Adversary Proceeding
:    Case No. 12-01678 (JMP)
LEHMAN BROTHERS HOLDINGS INC.,       :
AURORA BANK FSB, and                           :
McCURDY & CANDLER, LLC,                     :
                    Defendants.                     :
-----------------------------------------------------------------x

**ORDER CONSOLIDATING ADVERSARY**
**PROCEEDINGS FILED BY JENEA WILLIAMS-PATE**

Upon the motion, dated June 26, 2012 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), for entry of an order consolidating adversary proceedings filed by Jenea Williams-Pate ("Plaintiff"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York

Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [ECF No. 9635] to (i) Plaintiff, (ii) counsel for Aurora Bank FSB, and (iii) counsel for McCurdy & Candler, LLC, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of Lehman Brothers Holdings Inc., its estate, its creditors, and all other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Initial Adversary Proceeding[1] **[Adv. Pro. No. 12-01220]** and the Removal Action **[Adv. Pro. No. 12-01678]** shall be consolidated into a signal adversary proceeding bearing adversary proceeding number **No. 12-01220**; and it is further

ORDERED that the pending Motions to Dismiss shall be deemed filed in consolidated adversary proceeding **No. 12-01220**; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
       August 8, 2012

                                          *s/ James M. Peck*
                                        HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE